UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, *et al.*,

                 Plaintiffs,

v.

RICI CORPORATION, *et al.*,

                 Defendants.

22-cv-10133 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

By a scheduling order entered July 17, 2023, *see* Dkt. 29, fact discovery in this action was set to close on August 31, 2023. The Court further ordered that it would hold a post-fact discovery conference on September 8, at 11:30 a.m., with a joint letter due to the Court on September 1. That letter was to update "the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action." Dkt. 29 at 2. As of today's date, no such letter has been filed.

Accordingly, the parties shall file their joint letter no later than September 7, and the post-fact discovery conference is hereby adjourned to September 13, 2023, at 2:30 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. Should this present a conflict for either party, they may seek further adjournment by letter motion.

SO ORDERED.

Dated:    September 5, 2023
             New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge