# GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTORNEYS AT LAW
29 BROADWAY, 20th FLOOR
NEW YORK, NEW YORK 10006-3218

(212) 269-2500
FAX (212) 269-2540
WWW.GKLLAW.COM

BUFFALO OFFICE:
505 ELLICOTT STREET, SUITE A209
BUFFALO, NY 14203
(716) 881-0800
-----
BRUCE L. LISTHAUS
DENNIS LYONS
KATELYN M. MOLONEY

*NY BAR ONLY

NEW JERSEY OFFICE:
60 PARK PLACE, 6TH FLOOR
NEWARK, NJ 07102
(973) 824-8511
-----
LAWRENCE A. KRAVITZ (1994-2002)
BARBARA S. MEHLSACK (2004-2020)
-----
COUNSEL
ANDREW A. GORLICK*
SARA J. VAN DYKE*

October 17, 2023

**VIA ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re:   *Mason Tenders District Council Welfare Fund et al.*
      *v. Rici Corp. et al.*, Docket No. 22-cv-10133-RA

Dear Judge Abrams:

The parties respectfully submit this joint request for a thirty (30) day adjournment of the October 18, 2023 status conference to finalize a settlement agreement settling all claims in this action.

In the parties' October 10, 2023 status report (ECF Doc. 33), we reported being very close to settlement. We are happy to update the court that, through the good faith efforts of the parties and undersigned, the parties have agreed to settle all claims to this action and have reached a final settlement amount.

Although the parties have drafted and circulated a settlement agreement, additional time is needed to properly account for payments previously made by Defendants and the NYC School Construction Authority via assignments toward the claims subject to this action. To this end, the parties need additional time to obtain necessary backup documentation and to analyze and properly allocate past payments to the final settled amount.

For the foregoing reasons, the parties respectfully request a thirty (30) day adjournment of the October 18, 2023 status conference, as well as the deadlines in the current case management order. Please contact the undersigned with any questions.

GORLICK, KRAVITZ & LISTHAUS, P.C.
Hon. Ronnie Abrams
October 17, 2023
Page 2

                                                  Respectfully submitted,

| GORLICK, KRAVITZ & LISTHAUS, P.C. | MARCO LAW PLLC |
|---|---|
| /s/ Dennis Lyons | /s/ George Marco |
| Dennis Lyons, Esq. | George Marco, Esq. |
| 29 Broadway, 20th Floor | 1129 Northern Boulevard, Suite 404 |
| New York, New York 10006 | Manhasset, New York 11030 |
| (212) 269-2500 | (516) 464-2320 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Application granted. The status conference is hereby adjourned to Friday, December 1 at 3:00 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
U.S. District Judge
October 17, 2023