UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND et al,

                Plaintiffs,

           v.

RICI CORP. et al,

                Defendants.

No. 22-CV-10133 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      A post-fact discovery conference was previously scheduled in this matter for December 1, 2023 at 3:00 p.m.  Due to a scheduling conflict, the conference is hereby rescheduled to December 6, 2023 at 2:00 p.m.  Call-In Number: (888) 363-4749; Access Code: 1015508#.

      Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    November 21, 2023
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge