UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND; MASON TENDERS
DISTRICT COUNCIL PENSION FUND;
MASON TENDERS DISTRICT COUNCIL
ANNUITY FUND; MASON TENDERS
DISTRICT COUNCIL TRAINING FUND;
MASON TENDERS DISTRICT COUNCIL
HEALTH AND SAFETY FUND; and
DOMINICK GIAMMONA, as FUNDS'
CONTRIBUTIONS/DEFICIENCY
MANAGER,

No. 22-cv-10133(RA)

ORDER

          Plaintiffs,

          v.

RICI CORP.; SLAVICA TRAJKOVA, in her
personal capacity; and ARGONAUT
INSURANCE COMPANY,

          Defendants.

---

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Plaintiffs' motion to enter a consent judgment. *See* Dkt. 45.

Defendants shall file any opposition no later than December 13, 2024, and Plaintiffs shall file any

reply by December 20, 2024.

SO ORDERED.

Dated:      November 22, 2024
           New York, New York

_____
Ronnie Abrams
United States District Judge