UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, MASON TENDERS
DISTRICT COUNCIL PENSION FUND,
MASON TENDERS DISTRICT COUNCIL
ANNUITY FUND, MASON TENDERS
DISTRICT COUNCIL TRAINING FUND,
MASON TENDERS DISTRICT COUNCIL
HEALTH AND SAFETY FUND and
DOMINICK GIAMMONA, as Funds'
Contributions/Deficiency Manager,

          Plaintiffs,

        v.

RICI CORP, SLAVICA TRAJKOVA, in her
personal capacity, and ARGONAUT
INSURANCE COMPANY,

          Defendants.

No. 22-cv-10133 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 21, 2024, Plaintiffs filed a motion to enter a consent judgment. The Court ordered Defendants to file any opposition by December 13, 2024. No opposition has been filed. Defendants shall file any opposition no later than March 21, 2025, and Plaintiffs may file any reply by March 28, 2025. If no opposition is filed, the Court will treat the motion as fully submitted.

SO ORDERED.

Dated:     March 7, 2025
        New York, New York

Ronnie Abrams
United States District Judge