~~EXHIBIT A~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MASON TENDERS DISTRICT COUNCIL           :
WELFARE FUND; MASON TENDERS DISTRICT     :
COUNCIL PENSION FUND; MASON TENDERS      :
DISTRICT COUNCIL ANNUITY FUND; MASON     : Case No. 22-cv-10133-RA
TENDERS DISTRICT COUNCIL TRAINING FUND;  :
MASON TENDERS DISTRICT COUNCIL HEALTH    :
AND SAFETY FUND; and DOMINICK GIAMMONA,  :
as FUNDS' CONTRIBUTIONS/DEFICIENCY       :
MANAGER,                                 :
                     Plaintiffs,            : CONSENT JUDGMENT
                                                     :
   -against-                           :
                                                     :
RICI CORP.; SLAVICA TRAJKOVA, in her personal :
capacity; and ARGONAUT INSURANCE COMPANY; :
                                                     :
                     Defendants.            :
------------------------------------------------------------------- X

      With the consent of all parties to the above captioned action, the Court hereby renders Judgment as follows:

      1.     This Consent Judgment is hereby entered in favor of Plaintiffs Mason Tenders District Council Welfare Fund; Mason Tenders District Council Pension Fund; Mason Tenders District Council Annuity Fund; Mason Tenders District Council Training Fund; Mason Tenders District Council Health and Safety Fund (collectively, the "Funds"); and Dominick Giammona, in his fiduciary capacity as Funds' Contributions/Deficiency Manager, and against Defendants Rici Corp. and Slavica Trajkova, in her personal capacity, jointly and severally, in the sum of $1,771,869.80 less certain amounts in accordance with the terms and conditions of the accompanying Settlement Agreement ("Agreement"), which is fully incorporated herein by reference.

2. In the event a breach or default under the Agreement was not cured, the parties agreed that Plaintiffs would have the right, at their sole option and discretion, and without further notice to Defendants, to enter judgment against Defendants in the form of this Consent Judgment.

3. This Court expressly finds that there is no just reason for delay, and expressly directs the entry of final judgment.

4. This Court retains jurisdiction solely to enforce compliance with the terms of this Consent Judgment and the accompanying Agreement.

5. The undersigned parties stipulate to and consent to entry of this Consent Judgment.

Dated: 12/8/            , 2023

| MASON TENDERS DISTRICT COUNCIL TRUST FUNDS | RICI CORP. |
|---|---|
| By: _____ <br> Anna Gutsin, Director | By: *Slavica Trajkova* <br> Slavica Trajkova, President |

*Slavica Trajkova*
Slavica Trajkova, in her Individual Capacity

~~SO ORDERED this~~ 8th ~~day of~~ December 8th , ~~2023~~

ARCENIO LOPEZ
~~Notary Public - State of New Jersey~~
~~My Commission Expires May 10, 2026~~

18

12/8/23

2. In the event a breach or default under the Agreement was not cured, the parties agreed that Plaintiffs would have the right, at their sole option and discretion, and without further notice to Defendants, to enter judgment against Defendants in the form of this Consent Judgment.

3. This Court expressly finds that there is no just reason for delay, and expressly directs the entry of final judgment.

4. This Court retains jurisdiction solely to enforce compliance with the terms of this Consent Judgment and the accompanying Agreement.

5. The undersigned parties stipulate to and consent to entry of this Consent Judgment.

Dated: December 22, 2023

MASON TENDERS DISTRICT COUNCIL
TRUST FUNDS

By: _____
Anna Gutsin, Director

RICI CORP.

By: _____
Slavica Trajkova, President

SLAVICA TRAJKOVA

_____
Slavica Trajkova, in her Individual Capacity

SO ORDERED this 1st day of May, 2025, ~~2023~~

_____
Hon. Ronnie Abrams